973 A.2d 411

**COMMONWEALTH of Pennsylvania ex
rel. Edgar N. ROGERS, Petitioner**

v.

**James WYNDERS, Respondent.**

**No. 16 EM 2009.**

Supreme Court of Pennsylvania.

May 27, 2009.

*ORDER*

PER CURIAM.

**AND NOW,** this 27th day of May, 2009, the "Petition for Assumption of Jurisdiction," treated as an Application for Extraordinary Relief, is **DENIED.**